PROB 12C  
(6/16)

Report Date: February 22, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robbie Joe Marcher           Case Number: 0980 2:11CR00095-SMJ-1

Address of Offender: ▬▬▬▬▬▬▬, Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 5, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1); | | |
| Original Sentence: | Prison - 37 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | February 17, 2017 |
| Defense Attorney: | John R. Crowley | Date Supervision Expires: | February 16, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On February 19, 2017, Robbie Jo Marcher was arrested by local law enforcement officers in Grant County for assault, domestic violence, after he had pushed his sister and struck his brother during an argument.  Mr. Marcher also threatened to kill his sister. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

Prob12C
Re: Marcher, Robbie Joe
February 22, 2017
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/22/2017

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

02/22/2017
Date