PROB 12C
(6/16)

Report Date: August 15, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robbie Joe Marcher          Case Number: 0980 2:11CR00095-SMJ-1

Address of Offender:                    Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 5, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) <br> Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 37 months <br> TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: <br> April 24, 2017 | Prison - 3 months <br> TSR - 33 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: May 21, 2017 |
| Defense Attorney: | John R. Crowley | Date Supervision Expires: February 20, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

  1          **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

             **Supporting Evidence**: Mr. Marcher is alleged to have used marijuana on June 12, and July 19, 2019.

             On May 23, 2017, supervised release conditions were reviewed and signed by Mr. Marcher acknowledging his understanding of special condition number 4, which requires him to abstain from the use of a controlled substance and to submit to urinalysis testing.

             On June 12, 2019, a home visit was conducted for the purpose of collecting a urine specimen for a drug screen. Mr. Marcher submitted to the drug screen which returned presumptive

Prob12C
Re: Marcher, Robbie Joe
August 15, 2019
Page 2

positive for marijuana. He was confronted regarding marijuana use to which he adamantly denied. He was provided with the admission/denial of drug use form which he initialed and signed denying drug use. The specimen provided by Mr. Marcher was packaged and sent to Alere Toxicology for confirmation results.

On June 19, 2019, Alere reported the specimen submitted by Mr. Marcher on June 12, 2019, was confirmed positive for the presence of marijuana. Mr. Marcher was then informed of the lab results. He then reported he may have consumed some marijuana laced edible unbeknownst to him on or about on May 27, 2019. Mr. Marcher was verbally admonished for this behavior. He assured this officer this would not happen again.

On July 19, 2019, Mr. Marcher submitted to another drug screen which returned presumptive positive for marijuana. Mr. Marcher again adamantly denied marijuana use. He was provided with the admission/denial of drug use form which he signed denying marijuana use. The specimen provided by Mr. Marcher was packaged and sent to Alere Toxicology for confirmation results.

On July 23, 2019, Alere reported the specimen submitted by Mr. Marcher on July 19, 2019, was confirmed positive for the presence of marijuana.

On August 13, 2019, this officer received interpretation results for donor "Marcher" on specimen numbers B04070279 dated June 12, 2019 and B04263427 dated July 19, 2019. The results indicated the specimen from June 12, 2019, had a THC level of 400 ng/ml and the specimen from July 19, 2019, had a THC level of 130 ng/ml. The interpretations were based on the information Mr. Marcher reported he may have eaten an edible that contained THC on or about May 27, 2019. Although the THC levels showed a decrease, it is the opinion of the interpreter the donor reused marijuana prior to the collection of the specimen collected on July 19, 2019. The interpreter based this opinion on the ingestion of edible marijuana, and the length of time the donor continues to test positive after the specimen collected on June 12, 2019, which is 37 days.

2  **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: Mr. Marcher is alleged to have left the Eastern District of Washington without permission on or about July 26, 2019.

On May 23, 2017, supervised release conditions were reviewed and signed by Mr. Marcher acknowledging his understanding of standard condition number 3, which requires him to obtain prior permission to leave the Eastern District of Washington.

On July 26, 2019, this officer received notice showing law enforcement ran Mr. Marcher's name in Lewis County. Contact with Lewis County dispatch advised Mr. Marcher had been cited for speeding 15 miles per hour over the limit on Highway 12, near Randle, Washington. Mr. Marcher failed to obtain prior permission from the court or probation office to leave the Eastern District of Washington.

3  **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

Prob12C
**Re: Marcher, Robbie Joe**
**August 15, 2019**
**Page 3**

**Supporting Evidence**: Mr. Marcher is alleged to have failed to obtain a drug and alcohol assessment as directed as of August 13, 2019.

On May 23, 2017, supervised release conditions were reviewed and signed by Mr. Marcher acknowledging his understanding of standard condition number 13, which requires him to follow the instructions of the probation officer.

On July 29, 2019, Mr. Marcher was directed to obtain a drug and alcohol evaluation at Social Treatment Opportunity Programs (STOP) as a result of his two positive drug tests for marijuana use. He agreed to comply with this directive. As of August 12, 2019, STOP has no record showing Mr. Marcher obtained an evaluation as directed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 15, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/16/2019
Date