PROB 12C
(6/16)

Report Date: September 19, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robbie Joe Marcher          Case Number: 0980 2:11CR00095-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 5, 2012

Original Offense:   Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1);
                    Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:  Prison - 37 months;          Type of Supervision: Supervised Release
                    TSR - 36 months

Revocation Sentence: Prison - 3 months;
April 24, 2017       TSR - 33 months

Asst. U.S. Attorney:  Matthew F. Duggan          Date Supervision Commenced: May 21, 2017

Defense Attorney:     John R. Crowley            Date Supervision Expires: February 20, 2020

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 15, 2019.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

4    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Marcher is alleged to have used marijuana on August 29, 2019.

On May 23, 2017, supervised release conditions were reviewed and signed by Mr. Marcher acknowledging his understanding of special condition number 4, which requires him to abstain from the use of a controlled substance and to submit to urinalysis testing.

On August 20, 2019, Mr. Marcher submitted to a drug screen which tested negative for all substances. On August 29, 2019, Mr. Marcher obtained a chemical dependency evaluation at Social Treatment Opportunities Program (STOP). As part of the evaluation, Mr. Marcher

Prob12C
**Re: Marcher, Robbie Joe**
**September 19, 2019**
**Page 2**

submitted a drug screen. The specimen collected was sent to Cordant Health Solutions for test results. On September 5, 2019, the results returned positive for the presence of marijuana. According to the counselor, Mr. Marcher denied recent use of the substance.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 19, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

9/19/2019
Date